UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| KOREY GREEN, | No. 3:15-cv-03512-LB |
| Plaintiff(s), | NOTICE REGARDING LEGAL HELP DESK AND *HANDBOOK FOR LITIGANTS WITHOUT A LAWYER* |
| v. | |
| CITY OF VALLEJO, ET AL., | |
| Defendant(s). | |

**I. NOTICE TO** Korey Green:

Because you are representing yourself in this case, the Court issues this notice to you about legal resources available to you.

**II. RESOURCES AVAILABLE TO YOU**

First, the Court attaches a copy of the district court's *Handbook for Litigants Without a Lawyer*. It provides instructions on how to proceed at every stage of your case, including discovery, motions, and trial.

Second, you may wish to seek assistance from the Legal Help Center, a free service of the Volunteer Legal Services Program, by calling 415-782-8982, or by signing up for an appointment on the 15th Floor of the Federal Courthouse in San Francisco, 450 Golden Gate Avenue, San Francisco, California. At the Legal Help Center, you will be able to speak with an attorney who may be able to provide basic legal help but not representation. A copy of the Legal Help Center's flyer is attached.

Dated: September 4, 2015

_____
LAUREL BEELER
United States Magistrate Judge

NOTICE
(No.3:15-cv-03512)