UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| KOREY GREEN, | No. 3:15-cv-03512-LB |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| CITY OF VALLEJO, CHIEF OF POLICE OF VALLEJO, VALLEJO POLICE DEPARTMENT, CPL. J. HUFF, | |
| Defendants. | |

The complaint alleges false arrest, assault and battery, and false imprisonment arising out of an encounter that the plaintiff had at the "Six Flags/Discovery Kingdom" in Vallejo, California, and the plaintiff's subsequent transfer to Solano County Jail. (Compl., ECF No. 1.[1]) The court previously granted the plaintiff permission to proceed *in forma pauperis*, authorized service on the defendants, and sent the plaintiff a copy of this district's *Handbook for Litigants Without a Lawyer*. (ECF No. 4.) The defendants thereafter moved to dismiss, in part on the ground that venue is not proper in this district. (Motion, ECF No. 11.) All events occurred in the Eastern District of California, and therefore, venue is proper there, not here. *See* 28 U.S.C. § 1391(b). Accordingly, and in the interest

---

[1] Record citations are to the Electronic Case File ("ECF"); pin cites are to the ECF-generated page numbers at the tops of the documents.

ORDER OF TRANSFER
3:15- cv-03512- LB

1  of justice, the court transfers the case to the United States District Court for the Eastern District of
2  California. *See* 28 U.S.C. § 1406(a).
3      This disposes of ECF No. 11.
4  **IT IS SO ORDERED.**
5  Dated: September 11, 2015                    _____
                                                LAUREL BEELER
6                                               United States Magistrate Judge